

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00858-CR

Wesley Allen **DOTSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-01-00015-CRK
Honorable Bert Richardson, Judge Presiding

## O R D E R

The reporter's record was originally due on December 27, 2013. On January 10, 2014, the clerk of this court notified the court reporter, Staci Slayden, that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days. On January 27, 2014, Staci Slayden filed a notification of late reporter's record, stating that she has been "forced to purchase new, very costly software" and is now "forced to learn very quickly." She states that it will "be a few months before" she is proficient and can produce a transcript. She states that she expects to complete the reporter's record by March 31, 2014, or more than ninety days from the original deadline. While we understand difficulties with learning new software, such difficulties cannot justify such a lengthy delay and potential prejudice to appellant's rights. If Slayden is unable to perform all of her duties and complete a record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

We ORDER Staci Slayden to file the reporter's record on or before March 31, 2013. NO EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court